1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
3  Sacramento, CA 95814
   Telephone: (916) 447-0700
4  Facsimile: (916) 447-4781

5  Attorney for Defendant
   BIOTRONIK, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARCIE PIERCE, | Case No. 2:20-cv-02257-MCE-KJN |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| BIOTRONIK, INC.; BIOTRONIK VERTRIEBS GMBH & CO. KG; and DOES 1 through 100, | |
| Defendants. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT; ORDER

2:20-CV-2257-MCE-KJN

108790437.1 0047984-00001

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Marcie Pierce ("Plaintiff") and Defendant Biotronik, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate that Defendant may have an additional four weeks to respond to Plaintiff's Complaint. This Stipulation is in accordance with the California Eastern District Local Rules, which allow extensions to respond to a complaint by stipulation up to 28 days.  E.D. Cal. L.R. 144(a).  Pursuant to this Stipulation, Defendant's deadline to respond is continued from November 19, 2020, to and through December 17, 2020. Plaintiff and Defendants so stipulate.

DATED:  November 19, 2020                STOEL RIVES LLP

By: /s/ *Thomas A. Woods*
    THOMAS A. WOODS
    Attorney for Defendant
    BIOTRONIK, INC.

DATED:  November 19, 2020                LAW OFFICE OF CALVIN CHANG

By:  /s/ *Louis A. Abronson* (as authorized on 11/19/2020)
    LOUIS A. ABRONSON
    Attorney for Plaintiff
    MARIE PIERCE

# **ORDER**

Pursuant to the terms of the foregoing stipulation, and good cause appearing, the Court extends Defendant's deadline to respond to the Complaint to December 17, 2020.

    IT IS SO ORDERED.

Dated: November 23, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE