THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
BIOTRONIK, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOTRONIK, INC.; BIOTRONIK VERTRIEBS GMBH & CO. KG; and DOES 1 through 100,<br><br>    Defendants. | Case No. 2:20-cv-02257-MCE-KJN<br><br>ORDER ON STIPULATION FOR ORDER OF DISMISSAL |

Having reviewed the Parties' Stipulation for Order of Dismissal ("Stipulation"), and good cause appearing, the Court orders as follows:

1. The Action is hereby ordered dismissed, with prejudice, as to all parties, including both Defendants Biotronik, Inc.; Biotronik Vertriebs Gmbh & Co. Kg

2.. Pursuant to the Stipulation of the parties, the Court hereby retains jurisdiction over the parties to enforce the Settlement Agreement;

///

///

///

///

///

///

3. Each party to bear its own costs and attorneys' fees; and

4. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

**DATED: JANUARY 28, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE